Representing Management Exclusively in Workplace Law and Related Litigation

jackson lewis.

Jackson Lewis P.C.
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

ALBANY, NY
ALBUQUERQUE, NM
ATLANTA, GA
AUSTIN, TX
BALTIMORE, MD
BERKELEY HEIGHTS, NJ
BIRMINGHAM, AL
BOSTON, MA
CHICAGO, IL
CINCINNATI, OH
CLEVELAND, OH
DALLAS, TX
DAYTON, OH
DENVER, CO
DETROIT, MI
GRAND RAPIDS, MI
GREENVILLE, SC
HARTFORD, CT
HONOLULU, HI*
HOUSTON, TX
INDIANAPOLIS, IN
JACKSONVILLE, FL
KANSAS CITY REGION
LAS VEGAS, NV
LONG ISLAND, NY
LOS ANGELES, CA
MADISON, WI
MEMPHIS, TN
MIAMI, FL
MILWAUKEE, WI
MINNEAPOLIS, MN
MONMOUTH COUNTY, NJ
NEW ORLEANS, LA
NEW YORK, NY
NORFOLK, VA
OMAHA, NE
ORANGE COUNTY, CA
ORLANDO, FL
PHILADELPHIA, PA
PHOENIX, AZ
PITTSBURGH, PA
PORTLAND, OR
PORTSMOUTH, NH
PROVIDENCE, RI
RALEIGH, NC
RAPID CITY, SD
RICHMOND, VA
SACRAMENTO, CA
SALT LAKE CITY, UT
SAN DIEGO, CA
SAN FRANCISCO, CA
SAN JUAN, PR
SEATTLE, WA
ST. LOUIS, MO
TAMPA, FL
WASHINGTON, DC REGION
WHITE PLAINS, NY

*through an affiliation with Jackson Lewis P.C., a Law Corporation

DIRECT DIAL: (212) 545-4015
EMAIL ADDRESS: DANIEL.SCHUDROFF@JACKSONLEWIS.COM

February 4, 2020

**VIA ECF**

The Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 2/5/2020

Re: **Gloria Ikosi v. CLS Bank International**
**Civil Action No.: 1:20-cv-00908-MKV**

Dear Judge Vyskocil:

We represent Defendant CLS Bank International ("Defendant") in the above-referenced matter which was removed to this Court from the New York State Supreme Court, New York County on February 3, 2020. Accordingly, Defendant's deadline to answer, move, or otherwise respond to Plaintiff Gloria Ikosi's ("Plaintiff") Complaint is February 10, 2020. In order to allow Defendant to fully evaluate Plaintiff's claims, Defendant respectfully requests an extension of time, from February 10, 2020 to March 4, 2020, to answer, move, or otherwise respond to Plaintiff's Complaint. Plaintiff's counsel has advised that Plaintiff takes no position concerning this extension request. This is Defendant's first request for an extension of this deadline. No other deadlines have been set in this matter.

Thank you for your consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

Daniel D. Schudroff

Application granted; Defendant's time to answer, move or otherwise respond to the complaint is extended to March 4, 2020.

MARY KAY VYSKOCIL, U.S.D.J. 2/5/2020
New York, New York

cc: Chiung-Hui Huang, Esq. (via e-mail)
Neil Henrichsen (via e-mail)